RIGINAL



FILED

2005 OCT 14 P 4: 03

CLERK, US DIST. COURT
E.  EH DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10                                      1: 0 5 MJ 0 0 2 9 6   DLB

11  In Re Matter of            )   NO.  SW.F. -
                               )
12  CRIMINAL COMPLAINTS AND    )   ORDER SEALING ARREST WARRANTS,
    ARREST WARRANTS AUTHORIZED ON)  CRIMINAL COMPLAINTS AND
13  OCTOBER 14, 2005, TO ARREST )   AFFIDAVITS,  MEMORANDUM FOR
                               )   SEALING ORDER, AND DECLARATION
14  WILLIAM JOSHUA WHITE, AND  )
    GERALD GREGORY BARNES.     )   **Under Seal**
15                             )
                               )
16  ───────────────────────────)

17

18       The United States having applied to this Court for an order

19  permitting it to file under seal the arrest warrants, criminal

20  complaints and affidavits in the above-captioned proceedings,

21  together with the accompanying Declaration of Karen A. Escobar,

22  Assistant U.S. Attorney, and good cause appearing thereof,

23       IT IS SO ORDERED, that this order, the arrest warrants,

24  criminal complaints, and affidavits in the above-entitled

25  proceedings, together with the Application of the United States

26  Attorney, Memorandum in Support thereof,  and the accompanying

27  Declaration of Karen A. Escobar, Assistant U.S. Attorney, shall

28  remain under seal and shall not be disclosed pending further order

                                1

1 | of this court.

2 | DATED:   October 14, 2005

Honorable Dennis L. Beck
U.S. Magistrate Judge