# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUN 29 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| GERALD GREGORY BARNES ) | 05-0435 OWW |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Gerald Gregory Barnes_, have discussed with _Kimberly M. Dalton_, Supervisory Pretrial Officer, modifications of my release conditions as follows:

The order for participation in a program of medical or psychiatric treatment including treatment for alcohol or drug dependency as approved by Pretrial Services, be vacated.

All other previously imposed conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Gerald Barnes_  5/23/06                    _Kimberly M. Dalton_  5/23/06
Signature of Defendant   Date                Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_Karen Escobar_                                                       5/26/06
Signature of Assistant United States Attorney                        Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                                                         6/26/06
Signature of Defense Counsel                                         Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _forthwith_.
☐ The above modification of conditions of release is *not* ordered.

_[signature] O'Neill_                                                 6-29-06
Signature of Judicial Officer                                        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services